*E-Filed 4/18/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKEY ALFORD, | No. C 11-1094 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PATTON STATE HOSPITAL, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing a complete IFP application or paying the filing fee. The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: April 18, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-1094 RS (PR)
ORDER OF DISMISSAL